JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES LIMPERIS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendant. | CASE NO.:  2:24-cv-00458-CDS-EJY<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br><br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(e)** |

Plaintiff, JAMES LIMPERIS ("Plaintiff"), by and through his counsel of record, DIMOPOULOS INJURY LAW, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, HARPER | SELIM, hereby stipulate and agree to the following Joint Discovery Plan and Scheduling Order:

1. <u>Meeting:</u> Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(d), a meeting was held on April 15, 2024 and conducted by and between Michael L. Shirts, Esq. on behalf of Plaintiff and James E. Harper, Esq. on behalf of Defendant.

2. <u>Pre-Discovery Disclosures:</u>  Pursuant to Fed. R. Civ. P. Rule 26(a)(l), the parties have served their initial disclosures, including any Computation(s) of Damages required pursuant to Fed. R. Civ. P. 26(a)(i)(A)(iii).

3. <u>Areas of Discovery:</u> The parties agree that the areas of discovery should include all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

1

4. <u>Discovery Cut-Off Date:</u>  The last day to conduct discovery, which is two hundred forty (240) days from March 21, 2024, shall be November 18, 2024[1].

5. <u>Amending The Pleading And Adding Parties:</u>  The last day to file any motion(s) to amend pleadings or to add parties, which is ninety (90) days before the discovery cut-off deadline, shall be August 20, 2024.

6. <u>FRCP 26(A)(2) Disclosure (Experts):</u>

a. The last day to disclose initial expert witnesses, which is sixty (60) days before the discovery cut-off deadline, shall be September 19, 2024.

b. The last day to disclose rebuttal expert witnesses, which is (30) days after the deadline to disclose initial expert witnesses, shall be October 21, 2024[2].

7. <u>Dispositive Motions:</u>   The last day to file any dispositive motions, which is thirty (30) days after the discovery cut-off deadline, shall be December 18, 2024.

8. <u>Pre-Trial Order:</u>  The Joint Pretrial Order shall be filed by January 17, 2025, which is not more than thirty (30) days after the date set for filing dispositive motions in the case. This deadline is suspended if dispositive motions are timely filed.

9. <u>Fed. R. Civ. P. 26(a)(3) Disclosures:</u>  Unless the discovery plan otherwise provided and the Court so orders, the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

10. <u>Extensions or Modifications of the Discovery Plan and Scheduling Order:</u>  LR 26-4 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the Discovery Plan and Scheduling Order must be made not later than 21 days before the subject deadline. Any stipulation or motion to

---

[1] This deadline falls on Saturday, November 16, 2024. As a result, this deadline extends to the next court day of Monday, November 18, 2024, by operation of NRCP 6.

[2] This deadline falls on Saturday, October 19, 2024. As a result, this deadline extends to the next court day of Monday, October 21, 2024, by operation of NRCP 6.

2

extend the discovery cut-off deadline must be made no later than October 28, 2024, 21 days before the discovery cut-off date.

11. <u>Court Conferences:</u>  If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

12. <u>Format of Discovery:</u>  Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at the Rule 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

13. <u>Rule 35 Medical Examination:</u>  Defendant reserves the right to have Plaintiff undergo a Rule 35 medical examination performed by Defendant's doctor(s), at a time to be determined by the parties. Said medical examination is to proceed pursuant to Rule 35 of the Federal Rules of Civil Procedure. This agreement is not to be construed as a waiver of any valid objections thereto.

14. <u>Alternative Dispute Resolution:</u> The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and, if applicable, early neutral evaluation.

15. <u>Alternative Forms of Case Disposition:</u>  The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and the use of the Short Trial Program (General Order 2013-01).

/ / /

16. <u>Electronic Evidence:</u>  The parties certify that they may present evidence in electronic format to jurors for the purpose of jury deliberations in compliance with the Court's electronic jury evidence display system.

| | |
|---|---|
| DATED this 16th day of April, 2024. | DATED this 16th day of April, 2024. |
| **DIMOPOULOS INJURY LAW** | **HARPER | SELIM** |
| */s/ Michael L. Shirts* | */s/ James E. Harper* |
| MICHAEL L. SHIRTS<br>Nevada Bar No. 10223<br>6671 South Las Vegas Boulevard, Suite 275<br>Las Vegas, Nevada 89119<br>*Attorney for Plaintiff* | JAMES E. HARPER<br>Nevada Bar No. 9822<br>SABRINA G. WIBICKI<br>Nevada Bar No. 10669<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  April 16, 2024

4