Case 2:24-cv-00458-CDS-EJY   Document 16   Filed 09/24/24   Page 1 of 2

|   |   |
|---|---|
| 1 | MICHAEL L. SHIRTS, ESQ. |
|   | Nevada Bar No. 10223 |
| 2 | DIMOPOULOS INJURY LAW |
|   | 6671 South Las Vegas Boulevard, Suite 275 |
| 3 | Las Vegas, Nevada 89119 |
|   | O: (702) 800-6000 |
| 4 | F: (702) 224-2114 |
|   | ms@stevedimopoulos.com |
| 5 | *Attorney for Plaintiff* |



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| JAMES LIMPERIS, individually, | CASE NO.: 2:24-cv-00458-CDS-EJY |
|---|---|
| Plaintiff | **STIPULATION AND ORDER TO DISMISS ACTION WITHOUT PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, | |
| Defendant | |

    IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through counsel of record, JAMES HARPER, ESQ. of HARPER SELIM, and Plaintiff JAMES LIMPERIS, by and through counsel of record MICHAEL L. SHIRTS, ESQ. of DIMOPOULOS INJURY LAW, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:24-cv-00458-CDS-EJY, be dismissed <u>without</u> prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

///

///

///

///

Page 1 of 2

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 19th day of September, 2024.

HARPER SELIM

/s/ James E. Harper
_____
James Harper, Esq.
Nevada Bar No. 9822
1935 Village Center Circle
Las Vegas, NV 89134
*Attorneys for Defendant*

Dated this 19th day of September, 2024.

DIMOPOULOS INJURY LAW

/s/ Michael L. Shirts
_____
Michael L. Shirts, Esq.
Nevada Bar No. 10223
6671 S. Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
*Attorneys for Plaintiff*

Based on the parties' stipulation, this case is dismissed without prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

DATED:  September 24, 2024